Case 5:08-cv-00288-JF   Document 4   Filed 03/31/2008   Page 1 of 2

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PLACENCIA,<br><br>      Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden, et al.,<br><br>      Respondents. | No. C 08-0288 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION WITHIN THIRTY DAYS<br><br>(Docket No. 3) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. As of the date of this order, Petitioner has not paid the requisite $5.00 filing fee or filed an application for leave to proceed in forma pauperis ("IFP"). The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or submitted an IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

On February 12, 2008, Petitioner filed a copy of a trust account withdrawal order, showing that he requested that prison officials pay the $5.00 filing fee from his prisoner trust

Order Granting Extension of Time to Pay Filing Fee or File in Forma Pauperis Application Within Thirty Days
P:\PRO-SE\SJ.Jf\HC.08\Placencia288extifp.wpd

1  account funds. (docket no. 3). However, according to the Court's docket, the filing fee has
2  not been paid.
3      Accordingly, the Court will grant Petitioner an extension of time to pay the $5.00
4  filing fee, or file a completed in forma pauperis application, **within thirty (30) days** of the
5  date this order is filed. Petitioner shall include with his payment a clear indication that it is
6  for the above-referenced case number, C 08-0288 JF (PR). Failure to pay the filing fee or
7  file a completed IFP application within the thirty-day deadline shall result in dismissal of this
8  action without prejudice.
9      IT IS SO ORDERED.
10 Dated:   3/31/08
                                  JEREMY FOGEL
11                                United States District Judge

**United States District Court**
For the Northern District of California

27 Order Granting Extension of Time to Pay Filing Fee or File in Forma Pauperis Application Within Thirty Days
28 P:\PRO-SE\SJ.Jf\HC.08\Placencia288extifp.wpd         2