Johnny Placencia (CDCR No. H-70449)
GW-206-up, CTF-Central
P.O. Box 689
Soledad, CA 93960-0689
(In Pro Per)

C 08-0288 JF (PR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Johnny Placencia ) Case No. C 08-0288 JF (PR)
(Petitioner) )
 ) RE: $5.00 Filing Fee for Habeas
 ) Action.
-vs- )
 )
Ben Curry, Warden, et al., )
(Respondent(s)) )

**ORIGINAL**

On 3/31/2008 petitioner received an Order granting extension of time to pay filing fee or file in forma pauperis application within thrity days. On April 8, 2008 well within the thirty day time extension, petitioner signed a trust withdrawal slip for the $5.00 Court filing fee for Habeas Action to be deducted from petitioner's Inmate Trust Account by prison staff, and a check for $5.00 to be sent in an envelope, self-addressed with postage fully paid by petitioner, in the United States prison mailbox at Soledad, California, addressed to Clerk of the Court (Intake/Docket) Sect. UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue, Box 36060, San Francisco, California 94102.

A prison check should be enclosed/attached with this document (via the prison mailbox rule) in the amount of $5.00  If there are any problems/concerns please notify petitioner immediately.

Dated: April 8, 2008                                Respectfully Submitted,

                                                    _____
                                                    Johnny Placencia (Petitioner)

## VERIFICATION

I, Johnny Placencia (CDCR No. H-70449), Declare under penalty of perjury, that the aforementioned facts are true and correct.

April 8, 2008

## PROOF OF SERVICE BY MAIL
### By Person in State Custody
(C.C.P. §§ 1013(A), 2015.5)

I declare that:

I, Johnny Placencia (CDCR No. H-70449) am a resident of the State of California, County of Monterey. I am over 18 years of age and I am a party to the within action. My residence address is P.O. Box 689, Soledad, California, 93960-0689

On April 8, 2008, I served the foregoing

**RE: $5.00 Filing Fee for Habeas Action [Case No. C 08-0288 JF (PR)]**

on the parties listed below by placing a true copy thereof enclosed in sealed envelopes (via prison mailbox rule) with trust withdraw slip for $5.00 Court Filing Fee for Habeas Action to be deducted from Petitioner's Inmate Trust Account by prison staff, and a check placed in a self-addressed envelope with postage fully paid by petitioner, in the United States prison mailbox at Soledad, California, addressed as follows:

Case No. C 08-0288 JF (PR)
**Original & 1 Copy**
Attn: Clerk of the Court (Intake/Docket Sect.
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8 day of April, 2008, at Soledad, California.

Johnny Placencia (In Pro Per)

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611818198
Cashier ID: nudot
Transaction Date: 04/15/2008
Payer Name: Philip Angelides, Treasurer

WRIT OF HABEAS CORPUS
 For: Johnny Placencia
 Case/Party: D-CAN-5-08-CV-000288-001
 Amount:      $5.00

CHECK
 Check/Money Order Num: 283-438988
 Amt Tendered:  $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

C-08-0288-JF (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Johnny Placencia H-70449
P.O. Box 689    GW-206-Up
Soledad, CA
93960-0689

"Legal Mail"

9410213492 0004

Attn: Clerk of the Court (Intake/Docket Sect.
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

"Legal Mail"