NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PLACENCIA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 08-0288 JF (PR)<br><br>JUDGMENT |

　　　The Court has entered an order of dismissal of this case. Accordingly, a judgment of dismissal is entered. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED: 5/8/08

　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\HC.08\Placencia288jud.wpd　　　1